UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE of CONNECTICUT    :    UNDER SEAL
                        :
                        :    CR NO. 18MJ249 (DFM)
                        :
COUNTY of HARTFORD      :    February 21, 2018

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Amy Noto, being duly sworn, depose and state as follows:

**BACKGROUND OF AFFIANT**

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since July of 2002. My experience as an FBI Special Agent has included the investigation of international and domestic terrorism matters and violent crimes. Since October of 2016, I have been assigned to investigate Violent Crimes Against Children and have participated in several investigations involving child exploitation, trafficking of child pornography, and online enticement of minors. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, and various other criminal law procedures. I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, and I am authorized by the Attorney General to request search and arrest warrants.

2.   This affidavit is being submitted in support of a Criminal Complaint and Application for an Arrest Warrant authorizing the arrest of ANDREW CUNNINGHAM ("CUNNINGHAM"), an adult male born in 1990, formerly of Windsor, Connecticut, for violating 18 U.S.C. § 2422(b), Enticement of a Minor to Engage in Illegal Sexual Activity.

3. CUNNINGHAM is a registered sex offender. In 2015, CUNNINGHAM was convicted of Aggravated Sexual Abuse for travelling from Connecticut to Illinois to have sex with a fourteen year old female he met in an online chat room. CUNNINGHAM began serving a term of parole on December 27, 2016.

4. I am currently investigating CUNNINGHAM for Enticement of a Minor to Engage in Illegal Sexual Activity. The statements contained in this affidavit are based in part on information provided by other members of local, state, and federal law enforcement, my own investigation to include personal observations, documents and other investigative materials which I have reviewed, as well my training and experience as a Special Agent with FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that CUNNINGHAM has committed the above-listed offense.

## RELEVANT STATUTES

5. This information contained in this affidavit supports violations of 18 U.S.C. § 2422(b) which provides "[w]hoever, using…. any facility or means of interstate or foreign commerce… knowingly persuades, induces, entices or coerces any individual who as not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall [commit a crime]."

6. Connecticut General Statute 53a-90a provides: "A person is guilty of enticing a minor when such person uses an interactive computer service to knowingly persuade, induce, entice or coerce any person (1) under eighteen years of age, or (2) who the actor reasonably believes to be under eighteen years of age, to engage in prostitution or sexual activity for which

the actor may be charged with a criminal offense. For purposes of this section, "interactive computer service" means any information service, system or access software provider that provides or enables computer access by multiple users to a computer server, including specifically a service or system that provides access to the Internet and such systems operated or services offered by libraries or educational institutions."

7. Conn. Gen. Stat. 53-21 provides: "(a) Any person who (1) willfully or unlawfully causes or permits any child under the age of sixteen years to be placed in such a situation that the life or limb of such child is endangered, the health of such child is likely to be injured or the morals of such child are likely to be impaired, or does any act likely to impair the health or morals of any such child, . . . shall be guilty of [a crime]."

## Search Warrant

8. On March 30, 2017, law enforcement officers in Tennessee took a statement from a then-thirteen year old female (the "Minor Victim" or "MV") and the MV's mother.

9. The MV reported that on or about March 20, 2017, the MV was on an app called Omegle, a website and mobile application designed to randomly pair strangers for text chats and/or video chats. The MV was randomly paired with a person named "Andy," later identified as CUNNINGHAM. Andy initially told the MV that he was 17, and later stated that he was 25. The MV told Andy that she was 13.

10. On March 20, 2017, the MV communicated with CUNNINGHAM for approximately two hours using the Omegle application. CUNNINGHAM asked the MV for her phone number and the two continued to communicate via text messaging and voice calls. CUNNINGHAM provided MV with the phone number 860-249-6138, the same phone number that was used by CUNNINGHAM to communicate with his Parole Officer.

11. Shortly after they began communicating, CUNNINGHAM asked for pictures of the MV and told her she was pretty, but he did not send any pictures of himself explaining that he would send them "later."

12. The next day, CUNNINGHAM asked the MV if she had ever had sex and if she would send him "nudes" but stated, "you don't have to if you don't want to."

13. MV stated that at some point, CUNNINGHAM explained that he was 25 years old and that he was living in Connecticut to "take care of his Dad." CUNNINGHAM told the MV that his only criminal history was for getting arrested at a college party.

14. A forensic analysis of the MV's phone revealed that on March 23, 2017, CUNNINGHAM and the MV exchanged the following messages:

| CUNNINGHAM | Do me the biggest favor and i will never ask you this again go in the bathroom and take a picture of you bent over and send it to me please you dont have to and i understand if you dont want to seeing how we cant facetime |
|---|---|
| CUNNINGHAM | You dont have to |
| CUNNINGHAM | Can you do it from the front that didn't come out very good |
| CUNNINGHAM | Thanks thats better |
| MV | Welcome |
| CUNNINGHAM | Nice |
| MV | Thanks |
| MV | Ig |
| CUNNINGHAM | You should shave it |
| MV | Fuck u |
| CUNNINGHAM | No disrespect but I think you should I like them shaved |

4

| CUNNINGHAM | What does ig mean |
| --- | --- |
| CUNNINGHAM | Your not mad at me are you |
| MV | Well it's a lot of work to shave. And ig means I guess. And no. |
| CUNNINGHAM | I know its just a suggestion |
| MV | Well I'm happy with it the way it is |
| CUNNINGHAM | That's fine its your body |

15. The MV explained that she sent exactly the photos that CUNNINGHAM asked her to send, specifically, pictures of her vagina. The MV deleted the photos after she sent them. Initial forensics on the MV's phone have not yet recovered the photos, although there is evidence images being sent to CUNNINGHAM.

16. A few hours later, the MV and CUNNINGHAM exchanged the following messages:

| CUNNINGHAM | I wish you were here right now |
| --- | --- |
| MV | Me too |
| CUNNINGHAM | We would be having so much fun right now lol |
| MV | I bet we would |
| CUNNINGHAM | Would you let me do Whatever to you |
| CUNNINGHAM | We will just talk like we are actually doing it |
| MV | Ok. |
| CUNNINGHAM | Ask me some more questions |
| MV | What would u do if I was with u rn. |
| CUNNINGHAM | I would bend you over my bed eat you out first and then fuck you until I cumed all in your pussy lol |

| | |
|---|---|
| MV | Mmm. |
| MV | Lol |
| CUNNINGHAM | Would you let me do anal to you |
| CUNNINGHAM | Did that get you wet |
| MV | So wet. And yes |
| CUNNINGHAM | Have you ever done anal to yourself |
| MV | Yes |
| CUNNINGHAM | Feels good right |
| MV | Yea. |
| CUNNINGHAM | Did it make you cum |
| MV | Yea |
| CUNNINGHAM | Would you let me cum in your mouth |
| MV | If u want to |
| CUNNINGHAM | Would you swallow it |
| MV | We can call now. If u want to. My cousin is in the shower and my aunt and uncle are in the bed and yes |

16.    The MV stated that CUNNINGHAM called her at night and ask her to masturbate for him. The MV explained that she just "made the noises" for him.

17.    On March 24, 2017, CUNNINGHAM and the MV exchanged the following texts:

| | |
|---|---|
| CUNNINGHAM | So how many times did i make you go last night |
| MV | Like 3 |
| CUNNINGHAM | Wow lol did you have an orgasm |

6

| MV | Yea |
| --- | --- |
| CUNNINGHAM | Nice |
| MV | Yep |
| CUNNINGHAM | Was it a mess lol |
| MV | Yea lol |

18.     Shortly thereafter, CUNNINGHAM asked the MV to "send me a picture with your fingers in you lol please." The MV stated she couldn't do it because she was "sore from last night."

19.     On or about March 24, 2017, CUNNINGHAM asked the MV to "save money and this summer when your on vacation take a bus and come stay with me for a week lol."

20.     On March 25, 2017, the MV searched for information about bus tickets. The MV explained that she did this "just to please him." The MV sent a message to CUNNINGHAM asking him "what part of Connecticut do u live in." CUNNINGHAM responded, "why lol" and the MV explained, "Cuz I'm trying to figure out how much a bus ticket will cost". CUNNINGHAM stated he lives in "Windsor." As the MV is looking up information about the bus ticket, CUNNINGHAM states, "I can probably help you pay for it."

21.     On or about March 27, 2017, the MV's uncle, a police officer in Tennessee, looked at the MV's phone and saw CUNNINGHAM's phone number. The MV's uncle called the number and heard a deep male voice. The MV's uncle thereafter exchanged texts with CUNNINGHAM, posing as the MV. CUNNINGHAM sent the person he believed to be the MV a photograph of himself in high school.

22.     CUNNINGHAM was arrested in August 2017 for Enticing a Minor in violation of

7

Conn. Gen. Stat. 53a-90a and Impairing the Morals of a Minor in violation of 53-21. Those charges are pending in Connecticut State Court.

## CONCLUSION

23. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe, and I do believe, that a violation of 18 U.S.C. § 2422(b) has been committed by CUNNINGHAM. Therefore, I respectfully request authorization to arrest CUNNINGHAM for the violations listed above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Special Agent Amy Noto
Federal Bureau of Investigations

Subscribed and sworn to before me this 21st day of February, 2018

/s/ DFM
_____
HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

8